# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Kobra Associates, Inc. | **Case No :** | 09−40068 − C − 11 |
| | | **Date :** | 9/22/09 |
| | | **Time :** | 8:45 |

**Matter :** [1] − Chapter 11 Voluntary Petition. Missing Document(s): Statement of Financial Affairs; Attorney Disclosure Statement; Summary of schedules; Schedule A − Real Property; Schedule B − Personal Property; Schedule D − Secured Creditors; Schedule E − Unsecured Priority Creditor; Schedule F − Unsecured Nonpriority Creditors; Schedule G − Exec. Contracts & Unexpired Leases; Schedule H − Codebtors; List of Equity Security Holders; Statement Regarding Ownership of Corporate Debtor; Document(s) due by 10/5/2009. (npas)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
(by phone)
    Debtor(s) Attorney − Merle Meyers; Michelle Thompson
    Creditor − Todd Burgess; Alan Tippie; John Clemency; Peter Duncan
    U.S. Trustee − Antonia Darling
    Creditor − Brian Bobb; Kevin Collins; Ken Brown; R. Dale Ginter; Donna Parkinson
    Trustee − Steven Victor; Donald Fitzgerald (Kobra Properties Case)

## CIVIL MINUTE ORDER

IT IS ORDERED that a Chapter 11 Trustee be appointed.

Dated: September 22, 2009

United States Bankruptcy Judge