FILED
September 24, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002108458

TO: CASE MANAGER

FROM: Susan C. Wolny
Office of the United States Trustee

DATE: September 24, 2009

SUBJECT: Chapter 11 First Meeting of Creditors

In re: **Kobra Associates, Inc.,**
Case No.: **09-40068-C-11**

# AMENDED

**Please *set and notice* the 341 meeting for this case as follows:**

DATE OF 341: **October 29, 2009**

TIME: **9:00 a.m.**

LOCATION: UNITED STATES TRUSTEE OFFICE
501 "I" Street, Suite 7-500
SACRAMENTO, CA 95814

